UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 APR 15 PM 1:50
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| SANTINO VESPER and EMILY VESPER, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Cause No:<br>) |
| SOM POWER TRUCKING, LLC, PRIME LEASING, LLC, and ABDIRAHMAN MUSSE | ) **1:16-cv-0839 JMS-MJD**<br>)<br>)<br>) |
| Defendants. | )<br>) |

## COMPLAINT FOR DAMAGES

Come now the Plaintiffs, Santino Vesper and Emily Vesper, and for their Complaint against the Defendants, SOM Power Trucking, LLC, Prime Leasing, LLC, and Abdirahman Musse, allege and state the following:

### PARTIES, JURISDICTION, AND VENUE

1. At all relevant times, Santino Vesper and Emily Vesper were citizens of Indiana, residing together as husband and wife in Hendricks County, State of Indiana.

2. At all times relevant herein, Defendant, SOM Power Trucking, LLC, was a limited liability company organized and existing under the laws of the State of Ohio, with its principal place of business located at 1933 E. Dublin Granville Rd., 147, Columbus, Ohio 43229. Abdirahman Musse is a member of SOM Power Trucking LLC and resides in Franklin County, State of Ohio. As such, Defendant, SOM Power Trucking, LLC, is a citizen of the State of Ohio.

3. At all times relevant herein, Defendant, Prime Leasing, LLC, was a limited liability company organized and existing under the laws of the State of Michigan, with its

principal place of business located at 3705 Linden Ave. SE, Grand Rapids, Michigan 49548. As such, Defendant, Prime Leasing, LLC, is a citizen of the State of Michigan.

4. At all times relevant herein, Defendant, Abdirahman Musse, was a citizen of Ohio, residing in Franklin County, State of Ohio.

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1332, in that there is complete diversity of citizenship and the amount in controversy is in excess of $75,000, exclusive of interest and costs.

6. Venue is proper because a substantial part of the events and/or omissions giving rise to this claim occurred in the Southern District of Indiana.

## GENERAL ALLEGATIONS

7. At all times relevant herein, Abdirahman Musse was in the course and scope of his employment duties with SOM Power Trucking, LLC and Prime Leasing, LLC, and was operating a semi-tractor trailer to transport freight as a common carrier over Indiana public roadways.

8. At all times relevant herein, the semi-tractor operated by Abdirahman Musse, was owned by SOM Power Trucking, LLC.

9. At all times relevant herein, the trailer that was being hauled by Abdirahman Musse, was owned by Prime Leasing, LLC.

10. On December 28, 2015 at approximately 7:24pm, Plaintiff Santino Vesper was driving westbound on I-74 hauling an enclosed trailer.

11. At the same time and place, ahead of Mr. Vesper and also westbound on I-74, Defendant Abdirahman Musse, was operating a semi-tractor trailer traveling at an excessively slow speed.

12. As the Plaintiff approached the Defendants' vehicle from behind, he collided with the back end of the trailer due to the excessively slow speed of the semi and the lack of any warning to other motorists of such excessively slow speed.

13. Defendants, SOM Power Trucking, LLC, Prime Leasing, LLC, and Abdirahman Musse, were careless and negligent in one or more of the following respects:

   a. Driving their semi tractor-trailer at an excessively slow speed on an interstate highway;

   b. Failing to warn others of their excessively slow speed;

   c. Failing to maintain proper lookout for other vehicles; and

   d. Failing to use reasonable care in the operation of their semi tractor-trailer.

14. As the direct and proximate result of Defendants', SOM Power Trucking, LLC, Prime Leasing, LLC, and Abdirahman Musse, negligence, Plaintiff Santino Vesper sustained physical injuries, including but not limited to multiple broken bones in both legs, incurred substantial hospital and medical expenses, suffered considerable pain and suffering, lost wages, and will continue to suffer from such damages in future.

15. As the direct and proximate result of Defendants', SOM Power Trucking, LLC, Prime Leasing, LLC, and Abdirahman Musse, negligence, Plaintiff Emily Vesper has suffered the loss of services of her husband and his society, companionship, and consortium and will continue to suffer from such damages in future.

WHEREFORE, Plaintiffs, Santino Vesper and Emily Vesper, pray for judgment against the Defendants, SOM Power Trucking, LLC, Prime Leasing, LLC, and Abdirahman Musse, in an amount that will fully and fairly compensate the Plaintiffs for damages, costs of this action, interest as allowed by law, and all other relief just and proper in the premises.

Respectfully submitted,

Wilson Kehoe Winingham LLC

_____
William E. Winingham, Atty #1309-49
Jonathon B. Noyes, Atty #31444-49
2859 North Meridian Street
Indianapolis, IN 46208
TEL: (317) 920-6400
FAX: (317) 920-6405
Attorneys for Plaintiff