UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SANTINO VESPER and EMILY VESPER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> SOM POWER TRUCKING, LLC, PRIME ) <br> LEASING, LLC, and ABDIRAHMAN ) <br> MUSSE ) <br> ) <br> Defendants. ) | Cause No:1:16-cv-0839-JMS-MJD |

ORDER GRANTING PLAINTIFF'S NOTICE OF DISMISSAL
WITHOUT PREJUDICE OF PRIME LEASING, LLC ONLY

Plaintiffs, by counsel, having filed their Notice of Dismissal without prejudice as to Prime Leasing, LLC, only, and the Court, being duly advised, now finds that said relief shall be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that pursuant to Rule 41(a), Prime Leasing, LLC is hereby dismissed from this claim without prejudice.

SO ORDERED this 13th day of May, 2016.

_Jane Magnus-Stinson_

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution to
counsel of record
electronically
registered.