UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SANTINO VESPER and EMILY VESPER, )
)
      Plaintiffs, )
)
v. )  Cause No. 1:16-cv-0839-JMS-MJD
)
SOM POWER TRUCKING, LLC and )
ABDIRAHMAN MUSSE, )
)
      Defendants. )

## ORDER OF DISMISSAL

The parties hereto, by counsel, having filed their Stipulation of Dismissal, with prejudice

against the refiling thereof, and the court having been duly advised in the premises, hereby

ORDERS this cause of action dismissed, with prejudice against the refiling thereof, costs paid.

DATED this _____ day of _____, 2017.


_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA


Distribution:

William E. Winingham
Jonathon B. Noyes
WILSON KEHOE WININGHAM LLC
2859 North Meridian Street
Indianapolis, IN 46208

Mark A. Metzger
METZGER ROSTA LLP
32 South 9th Street
Noblesville, IN 46060